**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (Brooklyn)**

| |
|---|
| In re: |
| Albert Lau |
| Debtor. |

Case No.: 25-43298-ess

CHAPTER 7

**Hearing Date: 10/21/2025**
**Hearing Time: 10:30AM**

## NOTICE OF MOTION TO CONFIRM THE ABSENCE OF THE AUTOMATIC STAY

**PLEASE TAKE NOTICE,** that upon the application of Abacus Federal Savings Bank (herein "Movant"), the undersigned shall move this Court for an Order, pursuant to 11 U.S.C. §362(c)(3)(A), confirming that the automatic stay imposed by the filing of the instant petition is terminated and that Movant, its successors and/or assigns, may proceed to enforce its mortgage on the Debtor's premises located at 3-24 150th Street, Whitestone, NY 11357; and for such other and further relief as is just and proper.

This motion shall be heard at the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, NY 11201, on October 21, 2025, at 10:30AM, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by **October 14, 2025** (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be mailed, so as to be received by the Objection Deadline, to: David A. Gallo & Associates, LLP, 47 Hillside Avenue, 2nd Floor, Manhasset, NY 11030.

**PLEASE TAKE FURTHER NOTICE** that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing.   The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126.

Dated: August 18, 2025
       Nassau, New York

*/s/ Robyn E. Goldstein*
Robyn E. Goldstein, Esq.
DAVID A. GALLO & ASSOCIATES LLP
Attorneys for Secured Creditor
47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030
(516) 583-5330

TO:

*Debtor*
**Albert Lau**
3-24 150 St
Whitestone, NY 11357

*Trustee*
*Richard J. McCord*
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

*U.S. Trustee*
*Office of the United States Trustee*
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (Brooklyn)**

|  |  |
|---|---|
| In re:<br><br>Albert Lau<br>　　　　　Debtor. | Case No.: 25-43298-ess<br><br>CHAPTER 7 |

### AFFIRMATION IN SUPPORT OF MOTION CONFIRMING TERMINATION OR ABSENCE OF THE AUTOMATIC STAY

Robyn E. Goldstein, Esq., an attorney admitted to practice law, in the courts of the State of New York and in this Court, hereby affirms the following to be true under penalty of perjury:

1.	I am an associate with David A. Gallo & Associates, LLP, attorneys for Abacus Federal Savings Bank, (herein "Movant"), secured creditor of the Debtor. I am fully familiar with the facts of this case and submit this affirmation in support of Movant's request for an order confirming the termination of the stay as it pertains to the Debtor's premises located at 3-24 150th Street, Whitestone, NY 11357.

2.	Movant is the secured creditor of the Debtor pursuant to a Note and Mortgage executed by Debtor to secure payment of the principal sum of $525,000.00 on the premises. A copy of the Note and Mortgage are attached hereto as **Exhibit A**.

3.	This is the Debtor's second bankruptcy proceeding to be pending within the previous year. Debtor's first petition was filed on February 13, 2025, under Chapter 7 of the bankruptcy code and was assigned case number 25-40720-ess. The petition was ultimately dismissed on April 30, 2025. A copy of the dismissal order is attached hereto as **Exhibit B.**

4.	The instant petition was filed on July 10, 2025, under Chapter 7 of the bankruptcy code and was assigned case number 25-43298-ess.

5.      11 U.S. C. Section 362(c)(3) provides in pertinent part as follows:

"if a single or joint case is filed by or against a debtor who is an individual in a case under Chapter 7, 11, or 7 and if a single or joint case of the debtor was pending within the preceding 1-year period but was dismissed, other than a case re-filed under a chapter other than chapter 7 after dismissal under section 707(b)- (A) the stay under subsection (a) with respect to any action taken with respect to a debt or property securing such debt with respect to any lease shall terminate with respect to the debtor on the 30th day after the filing of the later case; (B) on the motion of a party in interest for continuation of the automatic stay and upon notice and a hearing, the court may extend the stay in particular cases as to any or all creditors (subject to such conditions or limitations as the court may then impose) after notice and a hearing completed before the expiration of the 30-day period only if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed;"

As demonstrated, the Debtor's prior bankruptcy petition was both pending and dismissed within the preceding year.   Therefore, according to the aforementioned statute, the stay imposed by the filing of the instant petition automatically terminated by operation of law on or about August 10, 2025, unless the Debtor had brought a motion to extend the automatic stay and same was heard and granted before the expiration of the 30-day period in accordance with 11 U.S.C. §362(c)(3)(B).

6.      Debtor has not filed the requisite motion seeking extension of the stay as it pertains to 3-24 150th Street, Whitestone, NY 11357 and accordingly, Movant requests confirmation that the stay has been terminated.

9.      A copy of the proposed order is attached hereto as **Exhibit C**.

10.      The Relief from Stay affidavit is attached hereto as **Exhibit D**.

**WHEREFORE**, Abacus Federal Savings Bank respectfully requests that the Court Issue an Order confirming the absence of the automatic stay and such other relief as the Court deems proper.

Dated: August 18, 2025
      Nassau, New York

                */s/ Robyn E. Goldstein*
                Robyn E. Goldstein, Esq.
                DAVID A. GALLO & ASSOCIATES LLP
                Attorneys for Secured Creditor
                47 Hillside Avenue, 2nd Floor
                Manhasset, NY 11030
                (516) 583-5330