**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (Brooklyn)**

In re:

Albert Lau

            Debtor.

Case No.: 25-43298-ess

CHAPTER 7

## CERTIFICATE OF SERVICE BY MAIL
STATE OF NEW YORK, COUNTY OF NASSAU) ss.:

      The undersigned, duly sworn deposes and says:    Deponent is not a party to the action is over 18 years of age and resides in Nassau County, New York.

That on <u>August 18, 2025,</u> deponent served the within **MOTION TO CONFIRM ABENCE OF THE AUTOMATIC STAY,** by mailing and/or emailing a copy to each of following persons at the last known address of the Parties listed on the attached service list.

                            */s/ Catherine Galiano*
                            Catherine Galiano, Bankruptcy Paralegal
                            **David A. Gallo & Associates LLP**
                            Date: <u>8/18/2025</u>

Sworn to before me this <u>18</u><sup>th</sup> day of <u>August</u> 20<u>25</u>

*/s/ David A. Gallo*
Notary Public, State of New York
No. 02GA4749312
Qualified in Nassau County
Commission Expires February 28, 2026

# <u>SERVICE LIST</u>
Case No.: 25-43298-ess


*Debtor*
**Albert Lau**
3-24 150 St
Whitestone, NY 11357

*Trustee*
***Richard J. McCord***
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

*U.S. Trustee*
***Office of the United States Trustee***
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004