Richard J. McCord, Esq
CERTILMAN BALIN ADLER & HYMAN, LLP
Proposed Counsel to the Chapter 7 Trustee
90 Merrick Avenue
East Meadow, New York 11554
Richard J. McCord, Esq.
Telephone: (516) 296-7000
Facsimile: (516) 296-7111

**Hearing Date: October 21, 2025**
**Time: 10:30 a.m.**
**Objection Date: October 14, 2025**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

ALBERT LAU,

                Debtor.

Chapter 7
Case No.:25-43298-ess

-------------------------------------------------------------X

## LIMITED OBJECTION TO MOTION TO CONFIRM THE ABSENCE
## OF THE AUTOMATIC STAY

      **RICHARD J. MCCORD, ESQ**., the Chapter 7 Trustee ("Trustee") of the Estate

of Albert Lau (the "Debtor"), by and through his proposed attorneys, Certilman Balin Adler

& Hyman, LLP, submits the following Limited Objection to the Motion to Confirm the

Absence of the Automatic Stay filed by Abacus Federal Savings Bank (Dkt. No. 17)

("Motion for Relief"), respectfully represents as follows:

### BACKGROUND

      1.      On July 10, 2025 (the "Filing Date"), the Debtor filed a voluntary

petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy

Code") in the United States Bankruptcy Court for the Eastern District of New York. The

Debtor is Pro-Se.

2. Schedule A/B of the Voluntary Petition reflects that the Debtor is the sole owner of real property located at 3-24 150th Street, Whitestone, New York 11357 (the "Whitestone Property"), which is listed as having a value of $500,000.00, and the value of the Debtor's portion is $-0-.

3. Schedule D of the Voluntary Petition reflects that there is a secured claim on the Whitestone Property held by Abacus Federal Savings Bank ("Abacus"). The petition does not reflect the amount due and owing to Abacus.

4. The first §341A Meeting of Creditors ("341 Meeting") was scheduled for August 13, 2025, at 2:00 p.m., at which the Debtor failed to appear, and the 341 Meeting was adjourned to September 10, 2025, at 12:00 p.m. The Debtor again failed to appear, and the 341A Meeting was adjourned to September 25, 2025, at 11:00 a.m. The Debtor appeared at said meeting and was examined.

5. At the 341 Meeting, the Trustee requested numerous documents from the Debtor including documents pertaining to the Whitestone Property. The Trustee has sent several requests thereafter and to date, the Trustee has not received this documentation, which includes documents pertaining to the Whitestone Property and another potential asset not reflected on the schedules. The Trustee will be filing an Application for the 2004 examination and production of documents of the Debtor.

6. The Motion for Relief, at Exhibit D, the Relief from Stay Affidavit, indicates that, as of the Filing Date, Abacus is owed the sum of $546,300.19, and the Whitestone Property is valued at $1,600,000.00.

2

7.	Taking into consideration the value of the Whitestone Property and the amount due and owing to Abacus, there is a significant amount of equity to proceed with the sale.

8.	The Trustee respectfully requests that the Motion for Relief be adjourned ninety (90) days to allow the Trustee to retain a Real Estate Broker to market and sell the Whitestone Property.

9.	It should be noted, through the Trustee's investigation, although not reflected on the Debtor's bankruptcy schedules, there are two creditors of the Debtor that are not listed, American Express, account ending 5213, in the amount of $12,264.00 and JPMCB Card, account ending 3928, in the amount of $4,841.00.

**WHEREFORE**, the Trustee respectfully requests that this Court adjourn the Motion for Relief; and (ii) and for such other, further and different relief as this Court deems just, proper and equitable.

Dated:	East Meadow, New York
	October 8, 2025

	**CERTILMAN BALIN ADLER & HYMAN, LLP**
	Proposed Counsel to the Chapter 7 Trustee


	By:		/s/ Richard J. McCord_____
			**RICHARD J. MCCORD, ESQ.**
			90 Merrick Avenue
			East Meadow, New York 11554
			(516) 296-7000

8671634.1