UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:

ALBERT LAU,

               Debtor.
--------------------------------------------------------------X

                               Chapter 7

                               Case No.: 25-43298-ess

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
               )ss:
COUNTY OF NASSAU )

       **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

       On October 8, 2025, service of the ***Limited Objection to Motion to Confirm the Absence of the Automatic Stay*** was caused to be served upon:

**THE ATTACHED LIST OF PARTIES IN INTEREST**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the entity at the last known address set forth above.

                                     /s/ Andrea Follett_____
                                   **ANDREA FOLLETT**

Sworn to before me this
8th day of October, 2025
/s Jill Kronfeld_____
JILL KRONFELD
Notary Public, State of New York
No. 01KR6256035
 Qualified in Nassau County
Commission Expires Feb. 21, 2028

8675246.1

**Albert Lau**
3-24 150 St
Whitestone, NY 11357

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850

Nazar Khodorovsky, Esq.
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green , Room 510
New York, NY 10004-1408

Albert Lau
377 Rector Place, Apt 15G
New York, New York 10281-1437

American Express
P.O. Box 981537
El Paso, TX 99998

David A. Gallo & Associates LLP
47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030
Attn: Robyn E. Goldstein, Esq.