Richard J. McCord, Esq.
Proposed Counsel to the Trustee
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000

**Presentment Date:** November 7, 2025
**Time:** 10:00 a.m.
**Objections Due:** October 31, 2025
**Time:** 4:00 p.m.
**Hearing if Objections:** November 18, 2025
**Time:** 10:30 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:

ALBERT LAU,

                                Debtor.
------------------------------------------------------------------x

Chapter 7
Case No.: 25-43298-ess

## NOTICE OF PRESENTMENT OF ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS OF THE DEBTOR PURSUANT TO BANKRUPTCY RULE 2004

     **PLEASE TAKE NOTICE** that Richard J. McCord, Esq., the Chapter 7 Trustee (the "Trustee") for the estate of Albert Lau (the "Debtor"), by and through his proposed counsel, Certilman Balin Adler & Hyman, LLP, will present for signature before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, in her Chambers at the United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, on **November 7, 2025 at 10:00 a.m.**, the within Order (i) authorizing the Debtor to appear, produce documents, and be examined upon oral deposition pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); (ii) authorizing the Trustee to issue one or more Subpoenas to compel the production of documents from the Debtor and to appear for a deposition, by overnight mail, upon the Debtor at 3-24 150th Street, Whitestone, New York 11357; and (iii) for such other, further and different relief as this Court may deem just, proper and equitable.

     **PLEASE TAKE FURTHER NOTICE,** all hearings before Judge Stong will be conducted in person or video, as the Court deems appropriate. Whether the hearing is in person or by video, please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number, and the party that you represent, if applicable. Please be sure to register at least two business days before your hearing. For video hearings, you will receive instructions on how to access the hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your

1

scheduled hearing time and keep your audio and video on mute until your case is called. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. Alternatively, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date. Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.

**PLEASE TAKE FURTHER NOTICE** that objections to the Trustee's application if any, pursuant to LBR 9006-1 and 9004-1, must be filed in the Office of the Clerk of the Bankruptcy Court electronically in accordance with General Order #M-242(General Order #M-242 and the Revised Administrative Procedures for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and, by all other parties in interest, (with a hard copy delivered to Chambers) and served in accordance with General Order #M-242 or by first -class mail and served upon the (i) Chapter 7 Trustee, Richard J. McCord, Esq., Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554 and (ii) the Office of the United States Trustee, Eastern District of New York (Brooklyn Division), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004-1408. **All filing and service are to be made so as to be actually received by each party on or before October 31, 2025, at 4:00 p.m. Objections, if any, will be heard on November 18, 2025, at 10:30 a.m. If no objections are received, the Order may be signed.**

Dated: East Meadow, New York
    October 14, 2025

    CERTILMAN BALIN ADLER & HYMAN, LLP
    Proposed Counsel to the Chapter 7 Trustee


    By:     /s/ Richard J. McCord_____
            **RICHARD J. MCCORD, ESQ.**
            Chapter 7 Trustee
            90 Merrick Avenue
            East Meadow, New York 11554
            Phone: (516) 296-7000

8672100.1