# EXHIBIT A

# ANDREA FOLLETT

| | |
|---|---|
| **From:** | RICHARD McCORD |
| **Sent:** | Thursday, October 2, 2025 2:51 PM |
| **To:** | al448@aol.com; ANDREA FOLLETT |
| **Subject:** | RE: Albert Lau, Chapter 7, Case No. 25-43298-ess |

Mr. Lau, please provide me with a copy of your current credit report and the contact information for your wife, name, address, e-mail address and telephone number. Thank you

## CertilmanBalin

**Richard J. McCord, Esq.**
**Co-Chair, Bankruptcy and**
**Creditor/Debtor Rights Practice Group**
**Certilman Balin Adler & Hyman, LLP**
**90 Merrick Avenue, 9th Floor**
**East Meadow, NY 11554**

☎ Direct 516.296.7801 | ☎ Firm 516.296.7000 | 📠 Fax 516.296.7111
✉ Email: rmccord@certilmanbalin.com | my profile | www.certilmanbalin.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete and then destroy all copies of the original message.

**From:** al448@aol.com <al448@aol.com>
**Sent:** Thursday, October 2, 2025 2:00 PM
**To:** ANDREA FOLLETT <afollett@certilmanbalin.com>
**Cc:** RICHARD McCORD <rmccord@certilmanbalin.com>
**Subject:** Re: Albert Lau, Chapter 7, Case No. 25-43298-ess

**External Email: Proceed with caution!**

The 250,000 is in a managed brokerage account at jp Morgan chase #

The only creditor I have is the mortgage at abacus bank for 3-24 150th st

Sent from the all new AOL app for iOS

On Friday, September 26, 2025, 5:00 PM, ANDREA FOLLETT <afollett@certilmanbalin.com> wrote:

> Good afternoon Mr. Lau,
>
> I am writing on behalf of Richard J. McCord, the Chapter 7 Trustee of your bankruptcy case. Pursuant to your 341A Meeting of Creditors held yesterday, this will confirm your discussion with the Trustee that you will not disburse any funds received recently in

1

connection with your fathers death benefit in the amount of $250,000.00 until further direction from the Trustee and an Order issued by the United States Bankruptcy Court.

Please provide this office with copies of the following:

1. Documents pertaining to your fathers death benefit;
2. Copies of statements for all your bank accounts for the period from July 2024 through August 2025, includes copies of cancelled checks;
3. With regard to the real property located at 3-24 150th Street, Whitestone, New York, documents from the purchase, deed, current mortgage statement, appraisal and proof of insurance;
4. 2024 Federal and New York State Income Tax Return;
5. List of all your creditors and those creditors held jointly with your wife including addresses;

Thank you.

CERTILMAN BALIN

**Andrea Follett**
**Paralegal**
**Certilman Balin Adler & Hyman, LLP**
**90 Merrick Avenue, 9th Floor**
**East Meadow, NY 11554**

Direct 516-296-7804 | Firm 516.296.7000 | 7 Fax 516.296.7111
Email: afollett@certilmanbalin.com | www.certilmanbalin.com

Watch our videos   Firm Brochure

**Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete and then destroy all copies of the original message**



90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

RICHARD J. McCORD
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

## VIA PRIORITY AND FIRST-CLASS MAIL

October 1, 2025

Albert Lau
3-24 150th Street
Whitestone, New York 11357

> **Re:** **Albert Lau**
> **Chapter 7**
> **Case No. 25-42398-ess**

Dear Mr. Lau:

As you are aware I am the appointed Chapter 7 Trustee for your bankruptcy case. Pursuant to your §341A Meeting of Creditors held on September 25, 2025, and the email to you on September 26, 2025, a copy of which is attached, this will confirm our discussion that you will not disburse any funds received recently in connection with your father's death benefit in the amount of $250,000.00 until further direction from myself as Trustee and an Order issued by the United States Bankruptcy Court. Please provide this office with copies of the following:

1. Documents pertaining to your fathers death benefit;
2. Copies of statements for all your bank accounts for the period from July 2024 through August 2025, includes copies of cancelled checks;
3. With regard to the real property located at 3-24 150th Street, Whitestone, New York, documents from the purchase, deed, current mortgage statement, appraisal and proof of insurance;
4. 2024 Federal and New York State Income Tax Return;
5. List of all your creditors and those creditors held jointly with your wife including addresses;

Upon receipt of this correspondence, please contact this office at 516-296-7801. Thank you.

Very truly yours,

RICHARD J. MCCORD
CHAPTER 7 TRUSTEE

Encl
RJM:af

| From: | ANDREA FOLLETT |
|---|---|
| Sent: | Friday, September 26, 2025 5:00 PM |
| To: | 'al448@aol.com' |
| Cc: | RICHARD McCORD |
| Subject: | Albert Lau, Chapter 7, Case No. 25-43298-ess |

| Importance: | High |
|---|---|

| Tracking: | Recipient | Delivery |
|---|---|---|
| | 'al448@aol.com' | |
| | RICHARD McCORD | Delivered: 9/26/2025 5:00 PM |

Good afternoon Mr. Lau,

I am writing on behalf of Richard J. McCord, the Chapter 7 Trustee of your bankruptcy case. Pursuant to your 341A Meeting of Creditors held yesterday, this will confirm your discussion with the Trustee that you will not disburse any funds received recently in connection with your fathers death benefit in the amount of $250,000.00 until further direction from the Trustee and an Order issued by the United States Bankruptcy Court.

Please provide this office with copies of the following:

1. Documents pertaining to your fathers death benefit;
2. Copies of statements for all your bank accounts for the period from July 2024 through August 2025, includes copies of cancelled checks;
3. With regard to the real property located at 3-24 150th Street, Whitestone, New York, documents from the purchase, deed, current mortgage statement, appraisal and proof of insurance;
4. 2024 Federal and New York State Income Tax Return;
5. List of all your creditors and those creditors held jointly with your wife including addresses;

Thank you.

CERTILMAN BALIN

**Andrea Follett**
**Paralegal**
**Certilman Balin Adler & Hyman, LLP**
**90 Merrick Avenue, 9th Floor**
**East Meadow, NY 11554**

☎ Direct **516-296-7804** | ☎ Firm **516.296.7000** | 🖨 Fax **516.296.7111**
✉ Email: **afollett@certilmanbalin.com** | **www.certilmanbalin.com**

▶ **Watch our videos** 🌐 **Firm Brochure**

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete and then destroy all copies of the original message