# EXHIBIT B

# EXHIBIT B

Albert Lau
Chapter 7
Case No.: 1-25-43298-ess

## *DOCUMENTS REQUESTED IN CONNECTION WITH 2004 EXAMINATION OF ALBERT LAU*

1. Documents pertaining to your fathers death benefit;
2. Copies of statements for all your bank accounts for the period from July 2024 through August 2025, includes copies of cancelled checks;
3. With regard to the real property located at 3-24 150th Street, Whitestone, New York ("Real Property"), documents from the purchase, deed, current mortgage statement, appraisal and proof of insurance;
4. If the Real Property has tenants, please provide copies of all leases and rent rolls;
5. 2024 Federal and New York State Income Tax Return;
6. List of all your creditors and those creditors held jointly with your wife including addresses;
7. Name, address and telephone number of your estranged wife;
8. Copy of your current credit report;
9. Copy of the listing agreement pertaining to the listing of the Real Property with EXP Realty;
10. Copies of any leases for tenants residing at the Real Property and rent roll;
11. Proof of the funds for the account holding his father's death benefit in the amount of $250,000.00;