UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

ALBERT LAU,

Chapter 7
Case No.: 25-43298-ess

                    Debtor.
-----------------------------------------------------------X

**APPLICATION FOR THE RETENTION OF CERTILMAN BALIN ADLER & HYMAN, LLP, AS ATTORNEYS FOR THE TRUSTEE EFFECTIVE JULY 10, 2025**

TO:   THE HONORABLE ELIZABETH S. STONG
       UNITED STATES BANKRUPTCY JUDGE
       EASTERN DISTRICT OF NEW YORK

The Application of Richard J. McCord, as Chapter 7 Trustee of the above-captioned Debtor respectfully represents as follows:

1.     On July 10, 2025 ("Petition Date"), Albert Lau (the "Debtor") filed a petition for relief under Chapter 7 of the United States Bankruptcy Code and Richard J. McCord was appointed Trustee for the Estate of the Debtor and is now qualified to act as such Trustee.

2.     As Trustee, I submit this Application to retain the law firm of Certilman Balin Adler & Hyman, LLP ("Certilman"), as counsel for the Trustee, as of the Petition Date, given their experience representing Chapter 7 Trustees. I am also a member of Certilman.

3.     This Application is made pursuant to 11 U.S.C. §327(a) and E.D.N.Y LBR 2014-1 which requires that an attorney be retained by Order of this Court.

4.     Jaspreet S. Mayall, Esq., and I as members of Certilman, have had extensive experience in Bankruptcy related proceedings. We and our associates are needed to assist the Trustee in effectively liquidating the estate, particularly in the areas of unlawful and improper transfers which may have been made during the course of bankruptcy, as well as the general representation of the Trustee before the Bankruptcy Court. Their experience will streamline and

effectuate a quick resolution of the case and will allow the Trustee to maximize the assets of the estate for the benefit of creditors.

5. To the best of applicant's knowledge, Certilman has had no connection with the Debtor or any other party affiliated or connected with the Debtor or her attorney(s) as set forth in the annexed affirmation of Richard J. McCord Esq., a member of Certilman, and is a disinterested person as defined in 11 U.S.C. §101(14).

6. The Trustee desires to retain counsel because of the extensive legal services which I believe will be required with regard to the Debtor's real property located at 3-24 150th Street, Whitestone, New York, review documents, if the property is sold, prepare the contract of sale and related and submission of motions to the court to approve the sale, review documents pertaining to the Debtor's inheritance and commence any actions related thereto, review financial documents, preparing applications for 2004 examinations and conducting said examinations, review documents and commence any actions pertaining to any fraudulent transfers or conveyances, assisting with all aspects of any sale of assets, if any, and represent the Chapter 7 Trustee in all litigation that may arise during the administration of the Estate. Compensation to said firm will be made upon proper application to the Bankruptcy Court in accordance with the provisions of the Bankruptcy Code.

7. For the reasons set forth in the accompanying Affirmation of Richard J. McCord, Esq. it is respectfully requested that the retention of Certilman, be as of the Petition Date.

8. No prior application for the relief herein requested has been made to this or any other Court of competent jurisdiction.

**WHEREFORE**, Applicant respectfully requests that the Trustee be authorized to retain Certilman, to represent him in this proceeding under Chapter 7 of the Bankruptcy Code, together with such other and further relief as to this Court may seem just and proper under the circumstances.

Dated: East Meadow, New York
October 14, 2025

/s/ Richard J. McCord_____
RICHARD J. MCCORD, ESQ.
CHAPTER 7 TRUSTEE
90 Merrick Avenue
East Meadow, New York 11554
516-296-7000