UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

ALBERT LAU,

Chapter 7
Case No.: 25-43298-ess

Debtor.

---------------------------------------------------------X

## ORDER AUTHORIZING EMPLOYMENT OF CERTILMAN BALIN ADLER & HYMAN, LLP AS ATTORNEYS FOR THE TRUSTEE

Upon reading the application [ECF No. ___](the "Application") of Richard J. McCord, Chapter 7 Trustee (the "Trustee") for the estate of Albert Lau (the "Debtor"), dated October 14, 2025, and filed October ___, 2025, seeking authorization to retain the law firm of Certilman Balin Adler & Hyman, LLP  ("Certilman") as counsel for the Trustee, and upon the affirmation of the Trustee, as a member of Certilman dated October 14, 2025, (the "Affirmation"); and it appearing that Certilman is a disinterested person under §101(14) of the Bankruptcy Code, and it appearing that the members and associates of Certilman, hold nor represent no interest adverse to the estate and that employment of counsel for the Trustee is necessary; it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §327(a) and (d), the Trustee shall be and is hereby authorized to employ Certilman as counsel for the Trustee, as of July 10, 2025, on the terms set forth in the Affirmation and the Application; and it is further

**ORDERED,** that prior to any increases in Certilman's rates for any individual employed by Certilman and providing services in this case, Certilman shall file a supplemental affidavit with the Court and provide ten days' notice to the Debtor, the U.S. Trustee, on all creditors and any parties in interest that have filed a notice of appearance and request for notices.  The supplemental affidavit shall explain the basis for the rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code. The U.S. Trustee, retains all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to § 330 of the Bankruptcy Code; and it is further

**ORDERED**, that pursuant to 11 U.S.C. §327(a), Certilman shall seek compensation for

legal services upon the application to the Court, and upon notice and a hearing pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rule 2016 and the Local Rules and the Guidelines of the Office of the United States Trustee; and it is further

**ORDERED,** that the compensation of Certilman for its services on behalf of the Trustee shall be fixed by the court in accordance with the applicable provisions of the Bankruptcy Code and Rules and the local rules of this Court.

NO OBJECTION:
OFFICE OF UNITED STATES TRUSTEE

By:_____ _
Dated: