# EXHIBIT A

# EXHIBIT A

Albert Lau
Chapter 7
Case No.: 1-25-43298-ess

## *DOCUMENTS REQUESTED IN CONNECTION WITH 2004 EXAMINATION OF MRS. ALBERT LAU*

1. Documents pertaining to the death benefit of the father of Albert Lau (the "Debtor");
2. Copies of statements for all bank accounts held with the Debtor for the period from July 2024 through August 2025, includes copies of cancelled checks;
3. With regard to the real property located at 3-24 150th Street, Whitestone, New York ("Real Property"), documents from the purchase, deed, current mortgage statement, appraisal and proof of insurance;
4. If the Real Property has tenants, please provide copies of all leases and rent rolls;
5. 2024 Federal and New York State Income Tax Return;
6. List of all creditors of the Debtor;
7. List of all your creditors held jointly with the including addresses and amounts;
8. Copy of your current credit report;

8688606.1