# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X\
In re:

        ALBERT LAU,

                    Debtor.
-------------------------------------------------------X

Chapter 7

Case No.: 25-43298 (ESS)

### AFFIDAVIT OF MARC P. YAVERBAUM IN SUPPORT OF THE RETENTION OF MYC & ASSOCIATES, INC., AS REAL ESTATE BROKER TO THE CHAPTER 7 TRUSTEE, EFFECTIVE AS OF OCTOBER 29, 2025

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF RICHMOND  )

**MARC P. YAVERBAUM**, being duly sworn, deposes and says:

1. I am a principal shareholder and the Vice President of the firm, MYC & Associates, Inc. ("**MYC**"), maintaining its corporate office at 1110 South Avenue, Suite 22, Staten Island, New York 10314.

2. This affidavit is being submitted in accordance with the applications of Richard J. McCord, as the Chapter 7 Trustee ("**Trustee**") of the above-captioned debtor ("**Debtor**"), to retain MYC as his real estate broker for the marketing and sale of certain real property, effective as of October 29, 2025.

3. MYC is a full-service asset management firm whose principals have been engaged in this field for many years and have dealt with the types of real property involved herein.

4. MYC is duly licensed to transact business as a real estate broker, and I am permitted to represent the firm as such.

5. I reviewed the names of individuals and entities that may be parties in interest in the Debtor's case, including the Debtor, the creditors of the Debtor, executory contract holders, and other parties in interest as set forth in the Debtor's bankruptcy schedules and other parties having

1

filed appearances and other documents in the Debtor's case, the United States Trustee for Region 2, or any person employed in the Office of the United States Trustee, any United States Bankruptcy Judge for the Eastern District of New York, or any of the District Judges for the Eastern District of New York (collectively, the "**Searched Parties**").

6.      MYC has researched its internal records to determine any connection to the Searched Parties.  Based on the conflicts and connection search conducted, to the best of my knowledge and belief, MYC neither holds nor represents any interest adverse to the estate herein, and is not related to the Debtor, the attorney for the Debtor, the creditors of this estate, any party in interest or their respective attorneys and accountants, the Trustee, the United States Trustee for Region 2, or any person employed in the Office of the United States Trustee, any United States Bankruptcy Judge for the Eastern District of New York, or any of the District Judges for the Eastern District of New York; except that in the past, the Trustee has retained the services of MYC in other unrelated bankruptcy matters. The undersigned is a "disinterested person" as that term is defined in Section 101(14) and 327(a) of the Bankruptcy Code.

7.      MYC proposes to broker the Debtor's real property, and any improvements thereon, known as 3-24 150th Street, Whitestone, NY 11357, designated in the County of Queens, State of New York as Block 4495, Lot 101 ("**Real Property**").  The Real Property is a 7,812 SF lot improved by a multi-family residence composed of two (2) residential units and ±3,280 SF of living space.

8.      The undersigned hereby requests that the Court allow MYC to be retained as real estate broker to the Trustee to market and sell the Real Property pursuant to the terms in the attached Exclusive Right-to-Sell Marketing and Sales Agreement.

9.      No agreement or understanding exists between MYC and any other person for a division of compensation to be received for services rendered in, or in connection with this Chapter

7 case, nor shall MYC share or agree to share the compensation paid or allowed from the Debtor's estate for such services with any other person unless otherwise authorized by this Court.

10.     No agreement or understanding prohibited by Section 155 of Title 18 of the United States Code, or Section 504 of Title 11 of the United States Code has been or will be made by MYC.

11.     MYC understands and agrees that the payment of commissions and reimbursement of expenses in this matter will be paid after the submission of a proper application made to this Court and approval thereof.

**WHEREFORE**, your deponent respectfully requests a proper Order for employment for MYC as a Real Estate Broker to the Trustee.

*/s/ Marc P. Yaverbaum*
Marc P. Yaverbaum
Vice President
MYC & Associates, Inc.

Sworn to me before this
29th day of October 2025

*/s/ Victor M. Moneypenny*
Victor M. Moneypenny
Notary Public, State of New York
No. 01MO0004655
Qualified in Richmond County
Commission Expires 03/31/2027