UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:

ALBERT LAU,

Chapter 7
Case No.: 25-43298-ess

Debtor.
--------------------------------------------------------------X

**SUPPLEMENTAL AFFIRMATION IN FURTHER SUPPORT OF AN ORDER
AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS OF MRS.
ALBERT LAU; AND FOR RELATED RELIEF**

**RICHARD J. MCCORD**, the Chapter 7 Trustee (the "Trustee") of the Estate of Albert Lau (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, as and for this supplemental affirmation in further support of the Notice of Presentment and Application in Support for an Order Authorizing Examination and Production of documents of Mrs. Albert Lau (Dkt. No. 27)("2004 Application"), respectfully represents as follows:

1. On October 29, 2025, the 2004 Application was filed which seeks authorization for the Trustee to conduct a 2004 examination and request the production of documents of Mrs. Albert Lau.

2. On December 3, 2025, the Court entered the Order Scheduling Hearing on the Trustee's Motion for 2004 Examination (Dkt. No. 35) which requested the full name of the party that is subject to the 2004 examination, allowing the Trustee to supplement the 2004 Application, and scheduling a hearing for December 30, 2025, at 10:30 a.m. ("Order Scheduling").

3. After the Trustee's continued investigation of the Debtor, it has come to the Trustee's attention that the Debtor's estranged wife is named Michelle Addeo a/k/a Michelle Lau ("Michelle").

1

8623104.1

4.	The hearing on the 2004 Application is currently scheduled for March 31, 2026, at 10:30 a.m. The Trustee respectfully requests that the Court enters an Order Authorizing Examination and Production of Documents of Michelle Addeo a/k/a Michelle Lau, a copy of which is annexed hereto as **"Exhibit A"**.

Dated:	East Meadow, New York
	March 2, 2026

**CERTILMAN BALIN ADLER & HYMAN, LLP**
Counsel for the Chapter 7 Trustee

BY:	 /s/ Richard J. McCord
	**RICHARD J. MCCORD, ESQ.**
	90 Merrick Avenue
	East Meadow, New York 11554
	(516) 296-7000

8623104.1