# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

ALBERT LAU,

Chapter 7

Case No.: 1-25-43298-ess

Debtor.
--------------------------------------------------------x

**ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS OF MICHELLE ADDEO A/K/A MICHELLE LAU PURSUANT TO BANKRUPTCY RULE 2004**

**UPON THE APPLICATION HAVING BEEN MADE** (Dkt. No. 27) by Richard J. McCord, Esq., the Chapter 7 Trustee (the "Trustee") of the estate of Albert Lau (the "Debtor"),by and through his counsel, Certilman Balin Adler & Hyman, LLP, seeking an Order, (i) authorizing Michelle Addeo a/k/a Michelle Lau ("Lau"), to appear, produce documents, and be examined upon oral deposition under oath pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); (ii) authorizing the Trustee to issue one or more Subpoenas to compel the production of documents from Lau, and to compel Lau, to appear for a deposition, by overnight mail, upon Lau at 3-24 150th Street, Whitestone, New York 11357; and (iii) and for such other, further and different relief as this Court may deem just, proper and equitable (the "Application"); and upon sufficient cause appearing therefore, and it appearing that the entry of this Order is in the best interest of the Debtor's estate; and no adverse interest appearing; it is hereby

**ORDERED,** that the Trustee is authorized to issue one or more subpoenas to compel the production of documents from Lau, and to compel Lau to appear for a deposition; and it is further

**ORDERED,** that subject to agreement between the Trustee and Lau, Lau's time to produce documents requested by, object to, move to quash, or otherwise respond to the subpoena shall be

8688602.1

the time established by Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Bankruptcy Rule 9016; and it is further

**ORDERED**, that within seven (7) days of service, the Trustee shall file with the Court an affidavit or declaration of service for each subpoena the Trustee serves; and it is further

**ORDERED**, that the court may retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.