UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

ALBERT LAU,

Debtor.

Chapter 7

Case No.: 25-43298-ess

---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                )ss:
COUNTY OF NASSAU )

**ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

On March 2, 2026, service of the ***Supplemental Affirmation in Further Support of an Order Authorizing Examination and Production of Documents of Mrs. Albert Lau; and for Related Relief*** was caused to be served upon:

**THE ATTACHED LIST OF PARTIES IN INTEREST**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the entity at the last known address set forth above.

                __/s/ Andrea Follett_____
                **ANDREA FOLLETT**

Sworn to before me this
2nd day of March, 2026
/s/ Lisa A. Nichols
LISA A. NICHOLS
Notary Public, State of New York
No. 01NI0017301
Qualified in Nassau County
Commission Expires November 30, 2027

**Albert Lau**
3-24 150TH St
Whitestone, NY 11357

Nazar Khodorovsky, Esq.
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green , Room 510
New York, NY 10004-1408

American Express
P.O. Box 981537
El Paso, TX 99998

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850

David A. Gallo & Associates LLP
47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030
Attn: Robyn E. Goldstein, Esq.

**Michelle Addeo**
3-24 150TH St
Whitestone, NY 11357

Michelle Lau
3-24 150th Street
Whitestone, New York 11357

**Charles Higgs**
Law Office of Charles A. Higgs
100 S. Bedford Rd.
Ste 340
Mount Kisco, NY 10549