# EXHIBIT C

# CertilmanBalin

RICHARD J. McCord
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 ● FAX: 516.296.7111
www.certilmanbalin.com

**VIA FEDERAL EXPRESS**

February 10, 2026

Michelle Addo a/k/a
Michelle Lau
3-24 150th Street
Whitestone, New York 11357

      **Re:**   **Albert Lau**
              **Chapter 7**
              **Case No. 25-43298-ess**

Dear Ms. Addo:

Albert Lau (the "Debtor") filed a Chapter 7 bankruptcy on July 10, 2025, and I am the Chapter 7 Trustee appointed in his bankruptcy case. Please see the enclosed Notice of Bankruptcy Case Filing. I have been advised that you are the estranged wife of the Debtor. Please provide copies of the following:

1. Copies of statements for all bank accounts held with the Debtor for the period from July 2024 through August 2025, include copies of cancelled checks;
2. With regard to the real property located at 3-24 150th Street, Whitestone, New York ("Real Property"), documents from the purchase, deed, current mortgage statement, appraisal and proof of insurance;
3. If the Real Property has tenants, please provide copies of all leases and rent rolls;
4. Last filed joint Federal and New York State Income Tax Return;
5. List of all creditors of the Debtor;
6. List of all your creditors held jointly with you the including addresses and amounts;
7. Copy of your current credit report;

If you should have any questions or require additional information, please contact this office at 516-296-7801. Thank you for your cooperation in this matter.

Very truly yours,

RICHARD J. MCCORD
CHAPTER 7 TRUSTEE

Encl
RJM:af

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/10/2025 at 1:09 PM and filed on 07/10/2025 at 12:15 PM.

**Albert Lau**
3-24 150 St
Whitestone, NY 11357
SSN / ITIN: xxx-xx-9574



The bankruptcy trustee is:

**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7801

The case was assigned case number 1-25-43298-ess to Judge Elizabeth S. Stong.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Paul Dickson**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
| :---: |
| **Transaction Receipt** |
| 02/10/2026 15:13:13 |

| PACER Login: | bankruptrust1129 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 1-25-43298-ess |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt flag: | Exempt | Exempt reason: | Exempt Court Order |



March 10, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 889302768014

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | WHITESTONE, NY, |
| | | Delivery date: | Mar 5, 2026 12:11 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 889302768014 | Ship Date: | Mar 4, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:

FLUSHING, NY, US,

Shipper:

EAST MEADOW, NY, US,

Reference                24949.2250

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



 

Tracking ID:	888666365680 ☐ <	⋮

✅ Delivered

Wednesday, 2/11/26 at 2:49 PM

Signed for by: Signature not required



→ View more details

↓ Obtain proof of delivery

▢ Report missing package

**From**
EAST MEADOW,NY US

**To**
FLUSHING, NY US

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

FedEx is using cookies

We use cookies and similar analytical technologies on our site. Functional cookies are always enabled to create an outstanding website experience. By clicking "ACCEPT ALL COOKIES" or by continuing to use this site, you consent to optional analytical and tracking cookies which allows FedEx to provide a more personalized experience.  You can further customize your cookie preferences by clicking the "Cookie Preferences" link in this banner.

COOKIE PREFERENCES ⇌

| REJECT OPTIONAL COOKIES | ACCEPT ALL COOKIES |