# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

ALBERT LAU,

Chapter 7
Case No.: 25-43298-ess

Debtor.
----------------------------------------------------------------X

## SUPPLEMENTAL AFFIRMATION IN FURTHER SUPPORT OF AN ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS OF MRS. ALBERT LAU; AND FOR RELATED RELIEF

**RICHARD J. MCCORD**, the Chapter 7 Trustee (the "Trustee") of the Estate of Albert Lau (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, as and for this supplemental affirmation in further support of the Notice of Presentment and Application in Support for an Order Authorizing Examination and Production of documents of Mrs. Albert Lau (Dkt. No. 27)("2004 Application"), respectfully represents as follows:

1. On October 29, 2025, the 2004 Application was filed which seeks authorization for the Trustee to conduct a 2004 examination and request the production of documents of Mrs. Albert Lau.

2. On December 3, 2025, the Court entered the Order Scheduling Hearing on the Trustee's Motion for 2004 Examination (Dkt. No. 35) which requested the full name of the party that is subject to the 2004 examination, allowing the Trustee to supplement the 2004 Application, and scheduling a hearing for December 30, 2025, at 10:30 a.m. ("Order Scheduling").

3. After the Trustee's continued investigation of the Debtor, it has come to the Trustee's attention that the Debtor's estranged wife is named Michelle Addeo a/k/a Michelle Lau ("Michelle").

1

8623104.1

4. The hearing on the 2004 Application is currently scheduled for March 31, 2026, at 10:30 a.m. The Trustee respectfully requests that the Court enters an Order Authorizing Examination and Production of Documents of Michelle Addeo a/k/a Michelle Lau, a copy of which is annexed hereto as **"Exhibit A"**.

Dated: East Meadow, New York
March 2, 2026

**CERTILMAN BALIN ADLER & HYMAN, LLP**
Counsel for the Chapter 7 Trustee

BY: /s/ Richard J. McCord
**RICHARD J. MCCORD, ESQ.**
90 Merrick Avenue
East Meadow, New York 11554
(516) 296-7000

8623104.1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

ALBERT LAU,

                       Chapter 7

                       Case No.: 1-25-43298-ess

               Debtor.
-----------------------------------------------------------x

## ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS OF MICHELLE ADDEO A/K/A MICHELLE LAU PURSUANT TO BANKRUPTCY RULE 2004

**UPON THE APPLICATION HAVING BEEN MADE** (Dkt. No. 27) by Richard J. McCord, Esq., the Chapter 7 Trustee (the "Trustee") of the estate of Albert Lau (the "Debtor"),by and through his counsel, Certilman Balin Adler & Hyman, LLP, seeking an Order, (i) authorizing Michelle Addeo a/k/a Michelle Lau ("Lau"), to appear, produce documents, and be examined upon oral deposition under oath pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); (ii) authorizing the Trustee to issue one or more Subpoenas to compel the production of documents from Lau, and to compel Lau, to appear for a deposition, by overnight mail, upon Lau at 3-24 150th Street, Whitestone, New York 11357; and (iii) and for such other, further and different relief as this Court may deem just, proper and equitable (the "Application"); and upon sufficient cause appearing therefore, and it appearing that the entry of this Order is in the best interest of the Debtor's estate; and no adverse interest appearing; it is hereby

**ORDERED,** that the Trustee is authorized to issue one or more subpoenas to compel the production of documents from Lau, and to compel Lau to appear for a deposition; and it is further

**ORDERED,** that subject to agreement between the Trustee and Lau, Lau's time to produce documents requested by, object to, move to quash, or otherwise respond to the subpoena shall be

the time established by Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Bankruptcy Rule 9016; and it is further

**ORDERED**, that within seven (7) days of service, the Trustee shall file with the Court an affidavit or declaration of service for each subpoena the Trustee serves; and it is further

**ORDERED**, that the court may retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

                                           Chapter 7

ALBERT LAU,

                                           Case No.: 25-43298-ess

                 Debtor.

-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                    )ss:
COUNTY OF NASSAU )

      **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

      On March 2, 2026, service of the ***Supplemental Affirmation in Further Support of an Order Authorizing Examination and Production of Documents of Mrs. Albert Lau; and for Related Relief*** was caused to be served upon:

## THE ATTACHED LIST OF PARTIES IN INTEREST

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the entity at the last known address set forth above.

                                               /s/ Andrea Follett
                                          **ANDREA FOLLETT**

Sworn to before me this
2nd day of March, 2026
/s/ Lisa A. Nichols
LISA A. NICHOLS
Notary Public, State of New York
No. 01NI0017301
Qualified in Nassau County
Commission Expires November 30, 2027

Albert Lau
3-24 150TH St
Whitestone, NY 11357

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850

Michelle Lau
3-24 150th Street
Whitestone, New York 11357

Nazar Khodorovsky, Esq.
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green , Room 510
New York, NY 10004-1408

David A. Gallo & Associates LLP
47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030
Attn: Robyn E. Goldstein, Esq.

Charles Higgs
Law Office of Charles A. Higgs
100 S. Bedford Rd.
Ste 340
Mount Kisco, NY 10549

American Express
P.O. Box 981537
El Paso, TX 99998

Michelle Addeo
3-24 150TH St
Whitestone, NY 11357

8688679.1