# EXHIBIT E

# CertilmanBalin

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

RICHARD J. MCCORD
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

**VIA FEDERAL EXPRESS**

March 4, 2026

Michelle Addeo a/k/a Michelle Lau
3-24 150th Street
Whitestone, New York 11357

                        **Re:**     ***Albert Lau***
                                ***Chapter 7***
                                ***Case No. 25-43298-ess***

Dear Ms. Addeo:

    As you are aware I am the appointed Chapter 7 Trustee ("Trustee") for the estate of Albert Lau (the "Debtor"). Please be advised that pursuant to the enclosed Court Order dated November 6, 2025, MYC & Associates, Inc. ("MYC") has been retained as Real Estate Broker to the Trustee to market and sell the real property located at 3-24 150th Street, Whitestone, New York 11357 (the "Real Property"). Please be advised pursuant to 11 U.S.C. Section 541, the Trustee's interest in the Real Property becomes property of the estate. Please be further advised all rental income is to be forwarded to the Trustee, with the check made payable to "Richard J. McCord, as Chapter 7 Trustee for the Estate of Albert Lau" and forwarded to the address above. In addition to the documents that I previously requested in my correspondence to you dated February 10, 2026, a copy of which is enclosed, please provide a copy of your lease as well as any documents/agreements/divorce documents between you and the Debtor regarding you residing at the Real Property.

    It is imperative that you cooperate with MYC and grant access to the Real Property. Failure to cooperate with the Trustee and MYC will result in my taking the necessary and appropriate actions in the United States Bankruptcy Court.

    If you should have any questions, please contact my office at 516-296-7801. Thank you for your prompt attention to this matter.

Very truly yours,

RICHARD J. MCCORD
CHAPTER 7 TRUSTEE

Encl
RJM:af
    cc: Charles Higgs, Esq. (via email)
        Albert Lau (via email)
        MYC & Associates, Inc. (via email)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

ALBERT LAU,

Chapter 7
Case No. 1-25-43298-ess

Debtor.

------------------------------------------------------------------X

## ORDER AUTHORIZING THE RETENTION OF MYC & ASSOCIATES, INC. AS REAL ESTATE BROKER TO THE CHAPTER 7 TRUSTEE EFFECTIVE OCTOBER 29, 2025

Upon the Application [ECF No. 29] dated November 3rd, 2025, (the "Application") of Richard J. McCord, as Chapter 7 Trustee (the "Trustee") for the Estate of Albert Lau (the "Debtor") for an Order of the Court authorizing the Trustee to retain MYC & Associates, Inc. ("MYC"), as Real Estate Broker to the Trustee, and upon the Affidavit of Marc P. Yaverbaum of MYC, sworn to on October 29, 2025 (the "Affidavit"); and it satisfactorily appearing to the Court that MYC represents no interest adverse to the Estate of the Debtor in the matter upon which MYC is to be engaged and is a disinterested person within the meaning of Section 327(a) and 101 (14) of the Bankruptcy Code; it is therefore

**ORDERED**, that pursuant to 11 U.S.C. §327(a), the Trustee shall be and is hereby authorized to employ MYC as Real Estate Broker to the Trustee, effective on October 29, 2025, on the terms set forth in the Application and the Affidavit, with respect the Debtor's real property located at 3-24 150th Street, Whitestone, New York 11357 (the "Real Property"); and it is further

**ORDERED**, that MYC may place the listing for the Real Property on the "Multiple Listing Service" (the "MLS"); and it is further

**ORDERED,** that MYC is granted a commission of six percent (6%) of the gross selling

1

8698433.1

price of the Real Property; and it is further

**ORDERED**, that in the event that there is a settlement with the Debtor, any creditors of this estate or a third party with respect to the Real Property's equity, then MYC shall be entitled to seek its customary hourly fees for the time spent in connection with the sale of the Real Property and administration of the Debtor's estate together with out-of-pocket expenses incurred relating to the administration of the Debtor's estate, marketing, advertising and sale of the Real Property; and it is further

**ORDERED**, that all of MYC's requests for compensation, fees and/or expenses are subject to review for reasonableness pursuant to section 330 of the Bankruptcy Code, upon the proper application before this Court and upon notice and a hearing; and it is further

**ORDERED**, that, if MYC were to use a co-broker in the sale or marketing of the Real Property, any split of any of MYC's fees or commissions with any co-broker shall be disclosed in MYC's own professional fee application; and it is further

**ORDERED**, that any sale of the Real Property shall be subject to the Trustee's written consent and subject to approval of this Court upon proper application; and it is further

**ORDERED**, that upon the sale of the Real Property, the gross proceeds shall be immediately turned over to the Trustee; and it is further

**ORDERED**, that the terms of the retention of MYC may not be amended without the approval of the Court; and it is further

**ORDERED**, that the Trustee be, and hereby is, authorized to do such things, execute such documents and expend such funds as may be necessary to effectuate the terms and conditions of this Order; and it is further

**ORDERED**, that the Trustee is authorized to execute and enter into the Amended

2

Exclusive Right-to-Sell Marketing and Sales Agreement with MYC on behalf of the Debtor's estate; and it is further

**ORDERED,** that every ninety (90) days following the date of this Order, MYC shall report to the Chapter 7 Trustee and the Office of the United States Trustee, by letter, as to the status of the pending sale of the Real Property; and it is further

**ORDERED,** that to the extent the Application, the Affidavit, the Amended Exclusive Right-To-Sell Marketing and Sales Agreement attached to the Application are inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED,** that the Court may retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

NO OBJECTION
UNITED STATES TRUSTEE

By: _/s/ Nazar Khodorovsky_
     Nazar Khodorovsky, Esq.



Dated: Brooklyn, New York
     November 6, 2025

Elizabeth S. Stong
United States Bankruptcy Judge

3

**FedEx.**

March 10, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 889302768014

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | WHITESTONE, NY, |
| | | Delivery date: | Mar 5, 2026 12:11 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 889302768014 | Ship Date: | Mar 4, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:                                      Shipper:

FLUSHING, NY, US,                          EAST MEADOW, NY, US,

Reference                     24949.2250

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



**Tracking ID:**   889302768014 ⧉ ⋖

✔ Delivered

Thursday, 3/5/26 at 12:11 PM

Signed for by: Signature not required



→ **View more details**

⤓ **Obtain proof of delivery**

🔍 **Report missing package**

**From**

## FedEx is using cookies

We use cookies and similar analytical technologies on our site. Functional cookies are always enabled to create an outstanding website experience. By clicking "ACCEPT ALL COOKIES" or by continuing to use this site, you consent to optional analytical and tracking cookies which allows FedEx to provide a more personalized experience.  You can further customize your cookie preferences by clicking the "Cookie Preferences" link in this banner.

COOKIE PREFERENCES ⇌

| REJECT OPTIONAL COOKIES | ACCEPT ALL COOKIES |
|---|---|