# EXHIBIT F

**Michelle**

You ha...  ...y mentioned you pay rent.  What is the monthly amount that you pay?  Do you have a lease?

Upon the sale of the property by the trustee, which is likely in 60-75 days, how much time would you need to vacate?

Typically, closings are within 30-days of Court approval.

Theoretically, a closing could occur in 90-120 days or so.

Read Yesterday

Yesterday 11:49 PM



**Charles A Higgs**
lawyers.justia.com

Talk to him.  I was told I shouldn't talk anymore.

He is Albert's attorney.

Text Message • RCS