UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

ALBERT LAU,

                     Debtor.
-------------------------------------------------------------X

Chapter 7
Case No.: 25-43298-ess

## ORDER SCHEDULING HEARING TO CONSIDER THE TRUSTEE'S MOTION FOR AN ORDER (I) DIRECTING THE DEBTOR AND MICHELLE ADDEO A/K/A MICHELLE LAU TO COOPERATE WITH THE TRUSTEE AND ALLOW ACCESS TO THE DEBTOR'S REAL PROPERTY LOCATED AT 3-24 150TH STREET, WHITESTONE, NEW YORK 11357; (II) COOPERATE WITH THE TRUSTEE IN THE MARKETING AND SALE OF SAME; AND (IV) SHORTENING TIME FOR NOTICE

**APPLICATION HAVING BEEN MADE** (Dkt. No. ___) by Richard J. McCord, the

Chapter 7 Trustee (the "Trustee") for the estate of Albert Lau (the "Debtor"), by and through his

counsel, Certilman Balin Adler & Hyman, LLP seeking the entry of an Order (i) directing the

Debtor, Michelle Addeo a/k/a Michelle Lau ("Addeo"), and any party residing at 3-24 150th

Street, Whitestone, New York 11357 (the "Whitestone Property") to cooperate with the Trustee

pursuant to 11 U.S.C. §§ 521(a)(3), 541, 542(a) and Rule 9014 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") and allow the Trustee and his representatives,

MYC & Associates, Inc., immediate access to the Whitestone Property; (iii) cooperate with the

Trustee in the marketing and sale of the Whitestone Property; (iv) approving shortened notice

for the requested relief pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule

9006(c)(1); and (v) for such other, further and different relief as this Court deems just, proper

and equitable (the "Motion"); and sufficient cause appearing therefor; it hereby is

**ORDERED**, that a hearing shall be held before the Honorable Elizabeth S. Stong, United

States Bankruptcy Judge in the United States Bankruptcy Court for the Eastern District of New

York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Courtroom 3585 on

_____ or as soon thereafter as counsel can be heard (the **"Hearing"**), to consider approval of the Motion; and it is further

**ORDERED,** that responses to the Motion, if any, shall be made at the Hearing; and it is further

**ORDERED,** that a copy of this Order and the Motion with all annexed Exhibits, shall be served on or before _____, by overnight carrier on (i) Office of the United States Trustee, Eastern District of New York; (ii) Counsel for the Debtor (iii) the Debtor (iv) Addeo; (v) Any other parties residing at the Whitestone Property; and (vi) all parties having filed notices of appearance in this case as of the day immediately preceding the date of the Motion; and it is further

**ORDERED,** that proof of service in accordance with this Order shall be filed prior to the Hearing.

8138054.1