UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                          Chapter 7

ALBERT LAU,                                                     Case No: 25-43298-ess

        Debtor.
-----------------------------------------------------------X

**ORDER (I) DIRECTING THE DEBTOR AND MICHELLE ADDEO A/K/A MICHELLE LAU TO COOPERATE WITH THE TRUSTEE AND ALLOW ACCESS TO THE DEBTOR'S REAL PROPERTY LOCATED AT 3-24 150TH STREET, WHITESTONE, NEW YORK 11357; AND (II) COOPERATE WITH THE TRUSTEE IN THE <u>MARKETING AND SALE OF SAME</u>**

      **APPLICATION HAVING BEEN MADE** (Dkt. No. ___) by Richard J. McCord, the Chapter 7 Trustee (the "Trustee") for the estate of Albert Lau (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, for an Order (i) directing the Debtor, Michelle Addeo a/k/a Michelle Lau  ("Addeo"), and any party residing at 3-24 150th Street, Whitestone, New York 11357 (the "Whitestone Property") to cooperate with the Trustee  pursuant to  11 U.S.C. §§ 521(a)(3), 541, 542(a) and Rule 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and allow the Trustee and his representatives, MYC & Associates, Inc., immediate access to the Whitestone Property; (iii) cooperate with the Trustee in the marketing and sale of the Whitestone Property;  (iv) approving shortened notice for the requested relief pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9006(c)(1); and (v) for such other, further and different relief as this Court deems just, proper and equitable; and upon said Notice of Motion and Application having been served upon the Debtor, Debtor's attorney, Addeo, all parties residing at the Whitestone Property, the Office of the United States Trustee and all parties that filed a Notice of Appearance, and

8792221.1

**UPON**, a hearing having been conducted before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201 on March __, 2026, and Certilman Balin Adler & Hyman, LLP having appeared on behalf of the Trustee in support thereof, and there being no opposition thereto, and

**ORDERED**, that the Debtor, Addeo and all parties residing at Whitestone Property must allow the Trustee and the Trustee's representatives, MYC & Associates, Inc. immediate access to the Whitestone Property; and it is further

**ORDERED**, that the Debtor, Addeo and all parties residing at the Whitestone Property must cooperate with the Trustee in the marketing and selling of said premises; and it is further

**ORDERED**, that once Addeo vacates the Whitestone Property, the Trustee is hereby authorized to change the locks to the Whitestone Property and secure the Whitestone Property as deemed necessary and appropriate by MYC & Associates, Inc.

8792221.1