UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

ALBERT LAU,

Chapter 7
Case No.: 25-43298-ess


Debtor.

-----------------------------------------------------------X

**ORDER SCHEDULING _CONFERENCE_ ~~HEARING~~ TO CONSIDER THE TRUSTEE'S MOTION FOR AN ORDER (I) DIRECTING THE DEBTOR AND MICHELLE ADDEO A/K/A MICHELLE LAU TO COOPERATE WITH THE TRUSTEE AND ALLOW ACCESS TO THE DEBTOR'S REAL PROPERTY LOCATED AT 3-24 150TH STREET, WHITESTONE, NEW YORK 11357; _AND_ (II) COOPERATE WITH THE TRUSTEE IN THE MARKETING AND SALE OF SAME~~; AND (IV) SHORTENING TIME FOR NOTICE~~**

**APPLICATION HAVING BEEN MADE** (Dkt. No. 41) by Richard J. McCord, the

Chapter 7 Trustee (the "Trustee") for the estate of Albert Lau (the "Debtor"), by and through his

counsel, Certilman Balin Adler & Hyman, LLP seeking the entry of an Order (i) directing the

Debtor, Michelle Addeo a/k/a Michelle Lau ("Addeo"), and any party residing at 3-24 150th Street,

Whitestone, New York 11357 (the "Whitestone Property") to cooperate with the Trustee pursuant

to 11 U.S.C. §§ 521(a)(3), 541, 542(a) and Rule 9014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and allow the Trustee and his representatives, MYC &

Associates, Inc., immediate access to the Whitestone Property; (iii) cooperate with the Trustee in

the marketing and sale of the Whitestone Property; (iv) approving shortened notice for the

requested relief pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9006(c)(1);

and (v) for such other, further and different relief as this Court deems just, proper and equitable

(the "Motion"); and sufficient cause appearing therefor; it hereby is

**ORDERED**, that a _**conference on the Motion and the relief requested therein**_ ~~hearing~~

shall be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge in the

United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Courtroom 3585 on ***March 31, 2026, at 10:30 a.m.*** ~~or as soon thereafter as counsel can be heard~~ (the **"*Conference* Hearing"**), to consider approval of the Motion; and it is further

**ORDERED,** that responses to the Motion, if any, shall be made at the ~~Hearing~~ ***Conference, and a schedule for the filing of written opposition may be set at the Conference***; and it is further

**ORDERED,** that a copy of this Order and the Motion with all annexed Exhibits, shall be served ***to be received*** on or before ***March 16, 2026 at 10:00 a.m.***, by overnight carrier on (i) Office of the United States Trustee, Eastern District of New York; (ii) Counsel for the Debtor (iii) the Debtor (iv) Addeo; (v) Any other parties residing at the Whitestone Property; and (vi) all parties having filed notices of appearance in this case ~~as of the day immediately preceding the date of the Motion~~; and it is further

**ORDERED,** that proof of service in accordance with this Order shall be filed prior to the ~~Hearing.~~ ***Conference; and it is further***

***ORDERED, that this conference will be conducted remotely, via video call. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:***

***Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled conference. To register, please provide your name, address, e-mail address, telephone number to be used on the conference date, and if appropriate, the party that you represent. You will receive instructions how to access the conference via email two days before the conference.***

*__Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the conference. Your email must include your name, the case number(s), who you represent (if you are an attorney), conference date, and phone number.__*



Dated: Brooklyn, New York
March 12, 2026

Elizabeth S. Stong
United States Bankruptcy Judge

*TO:*

*Albert Lau*
*3-24 150 St*
*Whitestone, NY 11357*

*Charles Higgs*
*Law Office of Charles A. Higgs*
*100 S. Bedford Rd.*
*Ste 340*
*Mount Kisco, NY 10549*

*Richard J. McCord*
*Certilman Balin Adler & Hyman*
*90 Merrick Avenue*
*East Meadow, NY 11554*

*Office of the United States Trustee*
*Eastern District of NY (Brooklyn)*
*Alexander Hamilton Custom House*
*One Bowling Green*
*Room 510*
*New York, NY 10004-1408*

*David A. Gallo & Associates LLP*
*47 Hillside Avenue, 2nd Floor*
*Manhasset, NY 11030*
*Attn: Robyn E. Goldstein, Esq*

*American Express National Bank*
*c/o Becket & Lee LLP*
*PO Box 3001*
*Malvern, PA 19355-0701*