# Notice Recipients

District/Off: 0207−1          User: admin          Date Created: 3/13/2026
Case: 1−25−43298−ess          Form ID: pdf000          Total: 10

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          USTPRegion02.BR.ECF@usdoj.gov
tr          Richard J. McCord          rmccord@cbah.com
aty          Charles Higgs          Charles@FreshStartEsq.com
aty          Richard J McCord          rmccord@certilmanbalin.com
aty          Richard J. McCord          rmccord@cbah.com
aty          Robyn Erica Goldstein          rgoldstein@msgrb.com

                                                                  TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Albert Lau          3−24 150 St          Whitestone, NY 11357
aty          Certilman Balin Adler & Hyman, LLP          90 Merrick Avenue          East Meadow, NY 11554
cr          American Express National Bank          c/o Becket and Lee LLP          PO Box 3001          Malvern, PA 19355−0701
              David A. Gallo & Associates LLP          47 Hillside Avenue, 2nd Floor          Manhasset, NY 11030          Attn:
              Robyn E. Goldstein, Esq

                                                                  TOTAL: 4