**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (Brooklyn)**

In re:

Albert Lau

Debtor.

Case No.: 25-43298-ess

CHAPTER 7

## ORDER CONFIRMING THAT THE AUTOMATIC STAY IS *MODIFIED* ~~TERMINATED~~

Upon the unopposed motion of Abacus Federal Savings Bank *(the "Creditor")* (the "Motion"), dated August 18, 2025, for an order pursuant to 11 U.S.C. §362(c)(3) confirming that the automatic stay is terminated, and proof of service upon all necessary parties, and the Court having jurisdiction to consider the relief requested therein in accordance with 28 U.S.C. §§157 and 734, ***and the Court having held a hearing on the Motion on March 31, 2026, at which the Debtor, the Trustee, MYC & Associates, Inc., and Abacus Federal Savings Bank appeared and were heard,*** and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

**ORDERED**, that pursuant to 11 U.S.C. § 362(c)(3)(A) the automatic stay instituted upon filing of the within bankruptcy case is hereby ***modified*** ~~terminated~~ as to movant's lien interest in the property located at 3-24 150th Street, Whitestone, NY 11357, thereby allowing Creditor to ***pursue its rights*** ~~take such actions,~~ with respect to this real property, ~~as are set forth~~ under applicable ~~non-bankruptcy~~ law; it is further

**ORDERED**, that this Order shall be effective thirty (30) days from the date of entry; and it is further

**ORDERED**, that case Trustee shall retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus proceedings.

Dated: Brooklyn, New York
April 7, 2026



_____
Elizabeth S. Stong
United States Bankruptcy Judge