# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

                               Chapter 7

ALBERT LAU,

                               Case No.: 25-43298-ess

               Debtor.

-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                )ss:
COUNTY OF NASSAU )

      **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

      On December 29, 2025, service of the ***Subpoena for Rule 2004 Examination of the Debtor*** was caused to be served upon:

**Albert Lau**
**3-24 150th Street**
**Whitestone, New York 11357**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express within New York State, addressed to the entity at the last known address set forth above.

                                   /s/ Andrea Follett_____
                                   **ANDREA FOLLETT**

Sworn to before me this
30th day of December, 2025
/s/ Lisa A. Nichols
LISA A. NICHOLS
Notary Public, State of New York
No.01NI0017301
Qualified in Nassau County
Commission Expires November 30, 2027

8739831.1



**Tracking ID:**    887492468036   &#9633; &lt;        &#8942;

&#10004; Delivered

Tuesday, 12/30/25 at 2:38 PM

Signed for by: Signature not required



&#8594; View more details

&#8615; Obtain proof of delivery

&#8645; Report missing package

**From**

EAST MEADOW,NY US

**To**

FLUSHING, NY US

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

Transportation Contracting Opportunities

## FedEx is using cookies

We use cookies and similar analytical technologies on our site. Functional cookies are always enabled to ensure an outstanding website experience. Optional analytical and tracking cookies are enabled by default to help FedEx provide a more personalized experience. You may opt out of these optional cookies by clicking "REJECT OPTIONAL COOKIES", and at any time by clicking the "Cookie Consent" link in the footer of our website. You can further customize your cookie preferences by clicking the "Cookie Preferences" link in this banner. For more information please see our Privacy Notice.

COOKIE PREFERENCES &#8801;

| REJECT OPTIONAL COOKIES | ACCEPT ALL COOKIES |
| --- | --- |



April 16, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 887492468036

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | WHITESTONE, NY, |
| | | Delivery date: | Dec 30, 2025 14:38 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 887492468036 | Ship Date: | Dec 29, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| FLUSHING, NY, US, | EAST MEADOW, NY, US, |

Reference                    24949.2250

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx