3UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

ALBERT LAU,

Chapter 7

Case No.: 25-43298-ess

Debtor.
------------------------------------------------------------X

## ORDER DIRECTING THE DEBTOR TO COOPERATE WITH THE TRUSTEE, COMPLY WITH THE SUBPOENA FOR RULE 2004 EXAMINATION AND TURNOVER DOCUMENTS AND APPEAR FOR AN EXAMINATION

**APPLICATION HAVING BEEN MADE** (Dkt. No. ___) by Richard J. McCord,

the Chapter 7 Trustee (the "Trustee") for the estate of Albert Lau, (the "Debtor"), by and through

his counsel, Certilman Balin Adler & Hyman, LLP, seeking an Order (i) directing the Debtor to

cooperate with the Trustee, comply with the Subpoena Pursuant to Rule 2004 Examination dated

December 29, 2025 and served on December 29, 2025, and Order Authorizing Examination and

Production of Documents of the Debtor Pursuant to Bankruptcy Rule 2004 entered on November

18, 2025, turnover the documents requested therein and appear for an examination, pursuant to

11 U.S.C. §§105, 521, 541, and Rule 4002 and 9016 of the Federal Rules of Bankruptcy; and (ii)

for such, other further and related relief as the Court deems just, proper and equitable (the

"Application"); and upon said Application having been served upon the Debtor, counsel for the

Debtor, the Office of the United States Trustee and all parties that filed a notice of appearance,

and upon sufficient cause appearing therefore, and it appearing that the entry of this Order is in

the best interest of the Debtor's estate; and no adverse interest appearing; it is hereby

1

8823237.1

**ORDERED**, that the Debtor, is hereby directed to cooperate with the Trustee and turn over all documents requested in the Subpoena Pursuant to Rule 2004 Examination, dated December 29, 2025, within twenty (20) days of the entry of this Order, and appear for the examination as to be scheduled by the Trustee.

8823237.1