UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

                                           Chapter 7

ALBERT LAU,

                                     Case No.: 25-43298-ess

              Debtor.

-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                     )ss:
COUNTY OF NASSAU )

      **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

      On April 20, 2026 service of the *Notice of Presentment and Application in Support for an Order Directing Albert Lau to Cooperate with the Trustee, Comply with the Subpoena for Rule 2004 Examination, Turnover Documentation, and Appear for an Examination, and Proposed Order,* was caused to be served upon:

## THE ATTACHED LIST OF PARTIES IN INTEREST

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of United States Postal Service within New York State, addressed to the entity at the last known address set forth above.

                                     /s/ Andrea Follett
                                    **ANDREA FOLLETT**

Sworn to before me this
20th day of April, 2026
/s/ Jill Kronfeld
JILL KRONFELD
Notary Public, State of New York
No.01KR6256035
Qualified in Nassau County
Commission Expires Feb. 21, 2028

**Albert Lau**
3-24 150TH St
Whitestone, NY 11357

Albert Lau
377 Rector Pl, 15G
New York, New York 10280

Nazar Khodorovsky, Esq.
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green , Room 510
New York, NY 10004-1408

David A. Gallo & Associates LLP
47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030
Attn: Robyn E. Goldstein, Esq.

American Express National Bank
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**Charles Higgs, Esq.**
Law Office of Charles A. Higgs
100 S. Bedford Rd.
Ste 340
Mount Kisco, NY 10549