UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

ALBERT LAU,

                    Chapter 7
                    Case No.: 25-43298-ess

                Debtor.

-----------------------------------------------------------X

**ORDER SCHEDULING HEARING TO CONSIDER TRUSTEE'S APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 (I) APPROVING (A) BIDDING PROCEDURES FOR THE SALE OF THE REAL PROPERTY LOCATED AT 3-24 150TH STREET, WHITESTONE, NEW YORK 11357; (B) DESIGNATION OF STALKING HORSE BIDDER, (C) BID PROTECTIONS IN FAVOR OF THE STALKING HORSE BIDDER, (D) DATE AND TIME FOR AN AUCTION AND A HEARING FOR APPROVAL OF THE SALE, AND (E ) THE FORM AND MANNER OF NOTICE THEREOF; (II) AN ORDER APPROVING THE SALE OF THE REAL PROPERTY LOCATED AT 3-24 150TH STREET, WHITESTONE, NEW YORK 11357 FREE AND <u>CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS</u>**

       **APPLICATION HAVING BEEN MADE** (Dkt. No. ___) by Richard J. McCord, the

Chapter 7 Trustee (the "Trustee") for the estate of Albert Lau (the "Debtor"), by and through his

counsel, Certilman Balin Adler & Hyman, LLP seeking the entry of an Order an Order pursuant

to 11 U.S.C. §§ 105, 363 and Rules 2002, 6004, 9004 and 9006 (c)(1) of the Federal Rules of

Bankruptcy Procedure ("Bankruptcy Rules"), (i) authorizing the Trustee to sell the real property

located at 3-24 150th Street, Whitestone, New York 11357 (the "Whitestone Property"), pursuant

to the terms as set forth in the Contract of Sale between "Richard J. McCord, as Chapter 7 Trustee

for the Estate of Albert Lau." as seller, and "61 Nison Badalov LLC, as purchasers ("Proposed

Stalking Horse Purchaser") and executed by Proposed Stalking Horse Purchaser on June 8, 2026,

for the total sum of One Million Two Hundred Thousand Dollars ($1,200,000.00) (the "Purchase

Price") subject to higher and betters offers at public auction, free and clear of all liens, claims,

encumbrances and other interests, with such liens, claims, encumbrances and other interests

10039988.1

(collectively, the "Liens") to attach to the net proceeds of sale with the same validity and priority as such Liens had prior to the sale; (ii) as part of the sale, assuming and assigning any and all leases and/or tenancies, if any, for any occupants in the Whitestone Property; (iii) scheduling a hearing to approve the sale of the Whitestone Property to the successful bidder; (iv) approving terms and conditions for submitting offers and approving the form and manner of notice with respect to the hearing; (v) approving shortened notice for the requested relief pursuant to Section 105 of the Bankruptcy Code ad Bankruptcy Rule 9006 (c)(1); and (vi) granting such other, further and different relief as this Court deems just, proper and equitable;  and sufficient cause appearing therefor;  it hereby is

ORDERED, that a hearing shall be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge in the United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Courtroom 3585 on _____ or as soon thereafter as counsel can be heard (the "Hearing"), to consider approval of the Motion; and it is further

ORDERED, that responses to the Motion, if any, shall be made at the Hearing; and it is further

ORDERED, that a copy of this Order and the Motion with all annexed Exhibits, shall be served on or before _____, via email or by overnight carrier, on (i) Office of the United States Trustee, Eastern District of New York; (ii) Counsel for the Debtor (iii) the Debtor (iv) Counsel for the Secured Creditor; (v) all parties having filed notices of appearance in this case as of the day immediately preceding the date of the Motion; (vi) occupant of the Whitestone Property; and (vii) counsel for the Purchaser, and (viii) via first class mail upon all other creditors and parties in interest; and it is further

**ORDERED,** that proof of service in accordance with this Order shall be filed prior to the

Hearing.