UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

In re:

ALBERT LAU,

Chapter 7
Case No.: 25-43298-ess

Debtor.

--------------------------------------------------------------X

**ORDER SCHEDULING _CONFERENCE_ ~~HEARING~~ TO CONSIDER TRUSTEE'S APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 (I) APPROVING  (A) BIDDING PROCEDURES FOR THE SALE OF THE REAL PROPERTY LOCATED AT 3-24 150TH STREET, WHITESTONE, NEW YORK 11357; (B) DESIGNATION OF STALKING HORSE BIDDER, (C) BID PROTECTIONS IN FAVOR OF THE STALKING HORSE BIDDER, (D) DATE AND TIME FOR AN AUCTION AND A HEARING FOR APPROVAL OF THE SALE, AND (E ) THE FORM AND MANNER OF NOTICE THEREOF; (II) AN ORDER APPROVING THE SALE OF THE REAL PROPERTY LOCATED AT 3-24 150TH STREET, WHITESTONE, NEW YORK 11357 FREE AND <u>CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS</u>**

**APPLICATION HAVING BEEN MADE** (Dkt. No. _**50**_) by Richard J. McCord, the

Chapter 7 Trustee (the "Trustee") for the estate of Albert Lau (the "Debtor"), by and through his

counsel, Certilman Balin Adler & Hyman, LLP seeking the entry of an Order an Order pursuant

to 11 U.S.C. §§ 105, 363 and Rules 2002, 6004, 9004 and 9006 (c)(1) of the Federal Rules of

Bankruptcy Procedure ("Bankruptcy Rules"), (i) authorizing the Trustee to sell the real property

located at 3-24 150th Street, Whitestone, New York 11357 (the "Whitestone Property"), pursuant

to the terms as set forth in the Contract of Sale between "Richard J. McCord, as Chapter 7 Trustee

for the Estate of Albert Lau." as seller, and "61 Nison Badalov LLC, as purchasers ("Proposed

Stalking Horse Purchaser") and executed by Proposed Stalking Horse Purchaser on June 8, 2026,

for the total sum of One Million Two Hundred Thousand Dollars ($1,200,000.00) (the "Purchase

Price") subject to higher and betters offers at public auction, free and clear of all liens, claims,

encumbrances and other interests, with such liens, claims, encumbrances and other interests

(collectively, the "Liens") to attach to the net proceeds of sale with the same validity and priority as such Liens had prior to the sale; (ii) as part of the sale, assuming and assigning any and all leases and/or tenancies, if any, for any occupants in the Whitestone Property; (iii) scheduling a hearing to approve the sale of the Whitestone Property to the successful bidder; (iv) approving terms and conditions for submitting offers and approving the form and manner of notice with respect to the hearing; (v) approving shortened notice for the requested relief pursuant to Section 105 of the Bankruptcy Code ad Bankruptcy Rule 9006 (c)(1); and (vi) granting such other, further and different relief as this Court deems just, proper and equitable *(the "Motion")*; and sufficient cause appearing therefor; it hereby is

**ORDERED**, that a *conference on the Motion and the relief requested therein* ~~hearing~~ shall be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge in the United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Courtroom 3585 on *July 7, 2026, at 10:30 a.m.* ~~or as soon thereafter as counsel can be heard~~ (the "***Conference***~~Hearing~~"), to consider approval of the Motion; and it is further

**ORDERED,** that responses to the Motion, if any, shall be made at the ~~Hearing~~*Conference, and a schedule for the filing of written opposition may be set at the Conference*; and it is further

**ORDERED,** that a copy of this Order and the Motion with all annexed Exhibits, shall be served *to be received* on or before *June 18. 2026 at 10:00 a.m.*, via email or by overnight carrier, on (i) Office of the United States Trustee, Eastern District of New York; (ii) Counsel for the Debtor (iii) the Debtor (iv) Counsel for the Secured Creditor; (v) all parties having filed notices of appearance in this case as of the day immediately preceding the date of the Motion; (vi) occupant

of the Whitestone Property; and (vii) counsel for the Purchaser, and (viii) via first class mail upon all other creditors and parties in interest; and it is further

ORDERED, that proof of service in accordance with this Order shall be filed prior to the ~~Hearing.~~*Conference; and it is further*

*ORDERED, that this conference will be conducted remotely, via video call. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:*

*Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled conference. To register, please provide your name, address, e-mail address, telephone number to be used on the conference date, and if appropriate, the party that you represent. You will receive instructions how to access the conference via email two days before the conference.*

*Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the conference. Your email must include your name, the case number(s), who you represent (if you are an attorney), conference date, and phone number.*



Dated: Brooklyn, New York
June 16, 2026

_____
Elizabeth S. Stong
United States Bankruptcy Judge

10039988.1

<u>**TO:**</u>

<u>**Albert Lau**</u>
<u>**3-24 150 St**</u>
<u>**Whitestone, NY 11357**</u>

<u>**Charles Higgs**</u>
<u>**Law Office of Charles A. Higgs**</u>
<u>**100 S. Bedford Rd. Ste 340**</u>
<u>**Mount Kisco, NY 10549**</u>

<u>**Richard J. McCord**</u>
<u>**Certilman Balin Adler & Hyman**</u>
<u>**90 Merrick Avenue East Meadow, NY 11554**</u>

<u>**Office of the United States Trustee**</u>
<u>**Eastern District of NY (Brooklyn)**</u>
<u>**Alexander Hamilton Custom House**</u>
<u>**One Bowling Green Room 510**</u>
<u>**New York, NY 10004-1408**</u>

<u>**David A. Gallo & Associates LLP**</u>
<u>**47 Hillside Avenue, 2nd Floor**</u>
<u>**Manhasset, NY 11030**</u>
<u>**Attn: Robyn E. Goldstein, Esq**</u>

<u>**American Express National Bank**</u>
<u>**c/o Becket & Lee LLP**</u>
<u>**PO Box 3001**</u>
<u>**Malvern, PA 19355-0701**</u>