UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

ALBERT LAU,

Chapter 7
Case No.: 25-43298-ess

                 Debtor.
------------------------------------------------------------X

**SUPPLEMENTAL AFFIRMATION IN FURTHER SUPPORT OF TRUSTEE'S APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 (I) APPROVING  (A) BIDDING PROCEDURES FOR THE SALE OF THE REAL PROPERTY LOCATED AT 3-24 150TH STREET, WHITESTONE, NEW YORK 11357; (B) DESIGNATION OF STALKING HORSE BIDDER, (C) BID PROTECTIONS IN FAVOR OF THE STALKING HORSE BIDDER, (D) DATE AND TIME FOR AN AUCTION AND A HEARING FOR APPROVAL OF THE SALE, AND (E ) THE FORM AND MANNER OF NOTICE THEREOF; (II) AN ORDER APPROVING THE SALE OF THE REAL PROPERTY LOCATED AT 3-24 150TH STREET, WHITESTONE, NEW YORK 11357 FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; AND (III) SHORTENING TIME FOR NOTICE**

**RICHARD J. MCCORD**, the Chapter 7 Trustee (the "Trustee") of the Estate of Albert Lau (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, as and for this supplemental affirmation in further support of the *Trustee's Application for an Order Pursuant to 11 U.S.C. Sections 105 and 363 (i) Approving (A) Bidding Procedures for the Sale of the Real Property Located at 3-24 150th Street, Whitestone, New York 11357; (B) Designation of Stalking Horse Bidder, (C) Bid Protections in Favor of the Stalking Horse Bidder, (D) Date and Time for an Auction and a Hearing for Approval of the Sale, and (E) the Form and Manner of Notice Thereof; (ii) an Order Approving the Sale of the Real Property Located at 3-24 150th Street, Whitestone, New York 11357 Free and Clear of All Liens, Claims Encumbrances and Other Interests; and (III) Shortening Time for Notice* (Dkt. No. 50)("Sale Motion"), respectfully represents as follows:

1

1. On June 15, 2026, the Sale Motion was filed to approve the bidding procedures and related regarding the sale of the Debtor's real property located at 3-24 150th Street, Whitestone, New York 11357 (the "Whitestone Property").

2. Since the filing of the Sale Motion, Trustee's counsel has received the Title Report for the Whitestone Property which reflects that Abacus Federal Savings Bank ("Abacus") filed a Lis Pendens against the Whitestone Property on November 8, 2022. The Judgement of Foreclosure and Sale was entered on October 22, 2024. Annexed hereto as **"Exhibit A"** is a copy of the Lis Pendens.

3. The Trustee respectfully requests that the Lis Pendens be removed, and the Judgement of Foreclosure and Sale be vacated as Abacus will be satisfied from the sale proceeds. As noted in the Sale Motion, Abacus consents to the Trustee proceeding with the sale of the Whitestone Property. Annexed hereto as **"Exhibit B"** is a copy of the Amended Proposed Order.

4. At the request of the Office of the United States Trustee, the Proposed Order has been revised to include language in the bidding procedures, specifically paragraphs (r ) and (v), as to providing notice of any pre-auction modifications.

Dated: East Meadow, New York
July 1, 2026

**CERTILMAN BALIN ADLER & HYMAN, LLP**
Counsel for the Chapter 7 Trustee

BY: /s/ Richard J. McCord_____
**RICHARD J. MCCORD, ESQ.**
90 Merrick Avenue
East Meadow, New York 11554
(516) 296-7000

10062125.1