# EXHIBIT A

**1182975**

| SEC/BLK/LOT | Type | Start | End | County | Returns | Run Date |
|---|---|---|---|---|---|---|
| 4495-101 | ALL JUDGMENTS | 1/1/1990 | 6/17/2026 | QUEENS | 1 | 6/17/2026 |

## 05 - LIS PENDENS BOOK INQUIRY

**CTRL NO:** 002536328 - 01      **DEBTORS:** 01

**Docket Date:** 11/08/2022      **TYPE:** LP - LIS PENDENS
**EFFECTIVE DATE:** 11/08/2022   **ENDING:**      **COUNTY:** 41   QUEENS
**CLERK / SEQ# :** BSMYTH   019      **COURT:** S   Supreme Court
**BLOCK:** 04495 **LOT:** 00101      **INDEX NUMBER:** 723631/22

**DEBTOR**      **CREDITOR**

Lau,Albert      Abacus Federal Savings Bank

         **AMOUNT:**    .00 **Judgment Status OPEN**

**REMARKS:** 11/08/2022 - MORTGAGE FORECLOSURE
       ACTION COMMENCED ELECTRONICALLY
       DEFENDANTS ET AL

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

| | |
|---|---|
| ABACUS FEDERAL SAVINGS BANK | Index No. |
| Plaintiff, | |
| -against- | NOTICE OF PENDENCY |
| ALBERT LAU A/K/A ALBERT C. LAU; NEW YORK CITY PARKING VIOLATIONS BUREAU PAYMENT AND ADJUDICATION CENTER OF QUEENS; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and "John Doe" and/or "Jane Doe" # 1-10 inclusive, the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons, corporations or heirs at law, if any, having or claiming an interest in or lien upon the premises described in the complaint, | Mortgage Servicer: Abacus Federal Savings Bank<br><br>Mortgage Servicer Phone #: 212-285-4770 |
| Defendant(s). | |

**NOTICE IS HEREBY GIVEN** that an action has been commenced and is pending in this Court upon a verified complaint of the above named Plaintiff against the above named Defendant(s) for the foreclosure of a Mortgage executed by Albert Lau, as Mortgagors, to Abacus Federal Savings Bank., a Mortgage to secure $525,000.00 and interest, dated September 12, 2006, (the Mortgage), which was recorded in the Office of the City Register of Queens County on October 6, 2006 in CRFN: 2006000564253 covering premises known as 3-24 150TH STREET, WHITESTONE COUNTY OF QUEENS, STATE OF NY 11357 (BLOCK: 4495 LOT: 101).

**NOTICE IS FURTHER GIVEN** that the mortgaged premises affected by said foreclosure action, at the time of the commencement of said action and at the time of the filing of this notice, was identified as BLOCK: 4495 LOT: 101 and situated at 3-24 150TH STREET, WHITESTONE, COUNTY OF QUEENS, STATE OF NEW YORK 11357, and is more particularly described in said Mortgage and in Exhibit A attached hereto and made a part hereof.

The Clerk of the County of Queens is directed to index this notice to the names of all of the

above Defendant(s).

Dated: Manhasset, New York

October 27, 2022

DAVID A. GALLO & ASSOCIATES LLP

By:/S/ David A. Gallo
David A. Gallo, Esq.
Attorneys for Plaintiff
47 Hillside Avenue - 2nd Floor
Manhasset, NY 11030
(516) 583-5330

# *Intracoastal Abstract Co., Inc.*

| | |
|---|---|
| Search No.: | MSGFN-303945Q |
| State | NEW YORK |
| Town/City: | Whitestone |
| County | Queens |
| Tax Designation | Block 4495 Lot 101 |
| Street No.: | 3-24 150th Street, Whitestone, N.Y. |

## SCHEDULE A
## DESCRIPTION OF PREMISES

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, bounded and described as follows:

BEGINNING at a point on the westerly side of 150th Street (8th Avenue) distant 208.57 feet southerly from the corner formed by the intersection of the southerly side of 3rd Avenue (26th Street) and the westerly side of 150th Street;

RUNNING THENCE southerly along the westerly side of 150th Street, 61.05 feet (61.76 feet more or less, tax map);

THENCE westerly along a line forming an interior angle of 80 degrees 30 minutes with the westerly side of 150th Street, 127.69 feet (127.80 feet, tax map);

THENCE northerly on a line forming an interior angle of 93 degrees 23 minutes 20 seconds with the previous course, 60.48 feet;

THENCE easterly on a line forming an interior angle of 84 degrees 36 minutes 40 seconds with the previous course, 123.29 feet (123.27 feet, tax map) to the westerly side of 150th Street at the point or place of BEGINNING.

Premises also known as 3-24 150th Street, Whitestone, NY 11357

INDEX #

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

ABACUS FEDERAL SAVINGS BANK

Plaintiff,

-against-

ALBERT LAU A/K/A ALBERT C. LAU; NEW YORK CITY PARKING VIOLATIONS BUREAU PAYMENT AND ADJUDICATION CENTER OF QUEENS; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD and "John Doe" and/or "Jane Doe" # 1-10 inclusive, the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons, corporations or heirs at law, if any, having or claiming an interest in or lien upon the premises described in the complaint,

Defendant(s)

## **NOTICE OF PENDENCY**

Signature (Rule 130-1.1-a)

/S/ David A. Gallo
David A. Gallo, Esq.

**DAVID A. GALLO & ASSOCIATES LLP**
Attorneys for Plaintiff
47 Hillside Avenue - 2nd Floor
Manhasset, NY 11030
(516) 583-5330
Our file #: 8701.22

To:
  Attorney(s) for

  Service of a copy of the within _____ is hereby admitted.
  Dated: _____

Attorney's for: _____

Sir:-Please take notice
☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on          2022
☐ NOTICE OF SETTLEMENT
that an order          of which the within is a true copy will be presented for
settlement to the HON.          one of the judges
of the within named court, at
on          2022   at          M.
Dated,

Yours, etc.
DAVID A. GALLO & ASSOCIATES LLP
Office & P.O. Address
47 Hillside Avenue - 2nd Floor
Manhasset, NY 11030
(516) 583-5330